# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MONTE C. HOISINGTON,

*Plaintiff*

v.

BENJAMIN C. NICHOLS, Prosecuting Attorney, Asotin County WA, et al.,

*Defendant*

Civil Action No. 2:15-CV-155-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted. Pursuant to 28 U.S.C. Section 1915(e)(2)(B)(ii), the Amended Complaint and this action are DISMISSED with prejudice. Judgment is hereby entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: November 24, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb